**Order entered November 15, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00076-CR

**ARTURO HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-54818-S**

## ORDER

The Court **GRANTS** the State's November 13, 2013 second motion to extend time to file its brief. We **ORDER** the State's brief received on November 13, 2013 filed as of the date of this order.

/s/    DAVID EVANS
         JUSTICE